UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DWAYNE S. LEWIS** | **CIVIL ACTION NO. 15-1181** |
|    **LA. DOC # 538933** | **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STATE OF LOUISIANA** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted and because it is time-barred by the provisions of 28 U.S.C. §2244(d).

MONROE, LOUISIANA, this 30th day of June, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE